IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONTGOMERY CHIRORPRACTIC, P.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 15 CV 571 |
| v. | ) |
| | ) Judge Kennelly |
| NATIONAL ULTRASOUND, INC. | ) |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Montgomery Chiropractic, P.C.'s individual claims against Defendant National Ultrasound, Inc. with prejudice and without costs. Plaintiff Montgomery Chiropractic, P.C.'s putative class claims against Defendant National Ultrasound, Inc. are dismissed without prejudice and without costs. Plaintiff Montgomery Chiropractic, P.C.'s claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| MONTGOMERY CHIRORPRACTIC, P.C. | NATIONAL ULTRASOUND, INC. |
| s/Heather Kolbus | s/Bart T. Murphy (with permission) |
| By one of its attorneys | By one of its attorneys |
| Heather Kolbus | Bart T. Murphy # 6181178 |
| Edelman Combs Latturner & Goodwin, LLC | Ice Miller, LLP |
| 20 S. Clark Street, Suite 1500 | 2300 Cabot Dr., Ste. 455 |
| Chicago, Illinois 60603 | Lisle, IL 60532 |
| 312-739-4200 | 630-955-6392 |

6

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on April 24, 2015, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Bart T. Murphy (bart.murphy@icemiller.com)
    Isaac J. Colunga (isaa.colunga@icemiller.com)
    Thomas J. Hayes (thomas.hayes@icemiller.com)
    ICE MILLER LLP
    2300 Cabot Drive, Suite 455
    Lisle, IL 60532

    Brian J. Wanca (buslit@andersonwanca.com)
    Ryan M. Kelly (rkelly@andersonwanca.com)
    Ross M. Good (rgood@andersonwanca.com)
    ANDERSON & WANCA
    3701 Algonquin Road, Suite 760
    Rolling Meadows, IL 60008
    (847) 368-1500


                                          s/ Heather Kolbus
                                          Heather Kolbus



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)