UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Montgomery Chiropractic, P.C.
                              Plaintiff,
v.                                          Case No.: 1:15−cv−00571
                                            Honorable Matthew F. Kennelly
National Ultrasound, Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2015:

MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, plaintiff's individual claims against defendant National Ultrasound, Inc. are dismissed with prejudice and without costs, and plaintiff's putative class claims against defendant National Ultrasound, Inc. are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.